UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

LESLIE GREER,   CASE NO. 0: 11-cv-60553

        Plaintiff,

vs.

2209 RESTAURANT, INC., a
Florida corporation,

        Defendant.
_____/

# JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff, LESLIE GREER and Defendant, 2209 RESTAURANT, INC., a Florida corporation, by and through their undersigned attorneys and hereby file their Notice of Voluntary Dismissal Without Prejudice for the above-styled cause.

Dated: October 3, 2011

| /s/ Stephan M. Nitz | /s/ Michael A. Levin |
|---|---|
| Stephan M. Nitz, Esq. | Michael A. Levin, Esq. |
| Florida Bar No. 45561 | Florida Bar No. 317519 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Schwartz Zweben LLP | Law Offices of Michael A. Levin |
| 3876 Sheridan Street | Global Commerce Center |
| Hollywood, Florida 33021 | 1900 N. Commerce Parkway |
| Telephone: (954) 966-2483 | Weston, Florida 33326 |
| Facsimile: (954) 966-2566 | Telephone: (954) 384-8600 |
| snitz@szalaw.com | Facsimile: (954) 617-0304 |
| (Signed by Defendant's counsel with permission) | law_mlevin@yahoo.com |